DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JAMES FREDERICK SCHOOLER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2023-1128

_____

May 15, 2024

Appeal from the County Court for Pasco County; Anne Wansboro, Judge.

James Frederick Schooler, pro se.

Samuel B. Boundy and Jessica L. Rodriguez, Assistant County Attorneys, New Port Richey, for Appellee.

PER CURIAM.

Affirmed.

SLEET, C.J., and LaROSE and MORRIS, JJ., Concur.

_____

Opinion subject to revision prior to official publication.